# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Walter Haywood Willoughby,

    Plaintiff(s),                                       JUDGMENT IN A CIVIL CASE

vs.                                                  3:12-cv-00375-FDW

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/20/2012 Order.

                                                 Signed: June 21, 2012

                                         Frank G. Johns, Clerk
                                         United States District Court